Angela L. Morgan, CA Bar No. 208585
angela@mllawgroup.com
MORGAN-LOGAN LAW GROUP
Bishop Ranch 3
2603 Camino Ramon, Suite 200
San Ramon, CA 94583
Tel:   (925) 277-9794
Fax:   (925) 558-0012

Attorneys for Plaintiff
JOY LEWIS

Oswald Cousins, CA Bar No. 172239
ocousins@nixonpeabody.com
Rachel L. Fischetti, CA Bar No. 286722
rfischetti@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Tel:   (415) 984-8200
Fax:   (415) 984-8300

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY LEWIS,<br><br>           Plaintiff,<br>    vs.<br><br>KAISER FOUNDATION HOSPITALS AND DOES 1-50, INCLUSIVE,<br><br>           Defendants. | Case No. 3:14-CV-04407-CRB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION AGAINST DEFENDANT KAISER FOUNDATION HOSPITALS** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS STIPULATED AND AGREED, by and between plaintiff JOY LEWIS and defendant KAISER FOUNDATION HEALTH PLAN, INC., through their respective counsel of record, that the above-captioned matter

shall be dismissed with prejudice in its entirety against the stipulating defendant with each side bearing its or her own costs and fees.

      IT IS SO AGREED.

Dated:  December 31, 2014      MORGAN-LOGAN LAW GROUP

By:    /S/ Angela L. Morgan
     Angela L. Morgan
     Attorneys for Plaintiff Joy Lewis

Dated:  December 30, 2014      NIXON PEABODY LLP

By:    /S/ Oswald Cousins
     Oswald Cousins
     Rachel L. Fischetti
     Attorneys for Defendant
     KAISER FOUNDATION HEALTH PLAN, INC.

IT IS SO ORDERED

Dated:  1/05/2015

_____
Honorable Charles R. Breyer
United States District Judge
Northern District of California